**LAW OFFICES OF DAVID CARLEBACH, ESQ.**
David Carlebach
40 Exchange Place
Suite 1306
New York, NY 10005
Tel: (212) 785-3041
Fax: (646) 355-1916
Email: david@carlebachlaw.com

Attorney to the Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
**In re:**

**FOUR K GROUP, INC., Case No. 12-46300-ess**

                     **Debtor.**

**In re Chapter 11**

**Case No. 12-46300 (ESS)**

-----------------------------------------------------------------------x

**FOUR K GROUP, INC.,**

                     **Plaintiff,**           **Adv. Pro. No. 12-01277 (ESS)**

    **-against-**

**NYCTL 2008-A TRUST, NYCTL 2009-A TRUST,**
**THE BANK OF NEW YORK as COLLATERAL**
**AGENT and CUSTODIAN for the NYCTL 2008-**
**A TRUST and NYCTL 2009-A Trust, and DAVID M.**
**FRANKEL, COMMISSIONER of THE NEW YORK**
**CITY DEPARTMENT of FINANCE,**

                     **Defendants.**
-----------------------------------------------------------------------x

## NOTICE OF APPEAL

      Four K Group, Inc., the Plaintiff, appeal under 28 U.S.C. § 158(a) to the United States Bankruptcy Court for the Eastern District of New York from the order of Elizabeth S. Stong, United States Bankruptcy Judge, dated January 7, 2013 and entered January 7, 2013 (ECF Docket No. 11), in this bankruptcy case.

The names of all the parties to the orders appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**Appellant**

Appellant, Four K Group, Inc.
Represented by:
David Carlebach, Esq.
The Law Offices of David Carlebach, Esq.
40 Exchange Place, Suite 1306
New York, New York 10005
(212) 785-3041

**Appellees**

Appellee, NYCTL 2008-A TRUST and
THE BANK OF NEW YORK as Collateral Agent
and Custodian for the NYCTL 2008 A Trust
Represented by:

Michael Resnikoff, Esq.
Windels, Marx, Lane & Mittendorf
156 West 56th Street
New York, New York 10019
(212) 237-1000

DATED:     New York, New York
           January 22, 2013

                         **LAW OFFICE OF DAVID CARLEBACH, ESQ.**
                         Attorneys for the Appellants

                    By: /s/David Carlebach (DC-7350)
                        David Carlebach (DC-7350)
                        40 Exchange Place
                        Suite 1306
                        New York, New York 10005
                        (212) 785-3041